UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 08-14046-CIV-MOORE/LYNCH

ARI BEN-YISHAY, M.D., individually
and BARBARA BEN-YISHAY, individually

       Plaintiffs,

v.

MASTERCRAFT DEVELOPMENT, LLC,
a Florida limited liability company, MASTERCRAFT
SERVICES, INC., a Florida corporation,
WATERLINE DEVELOPMENT, LLC,
a Florida limited liability company, PERRY LAP,
individually, JOSEPH D. GROSSO, JR., P.A.,
JOSEPH D. GROSSO, JR., individually, KEVIN
B. NEWFIELD, D.O., individually, KAREN LISA
NEWFIELD, individually, and NEWFIELD HOLDINGS,
LLC, a Florida limited liability company.

       Defendants.
_____/

**MOTION FOR ENTRY OF DEFAULT AND FINAL DEFAULT JUDGMENT
AGAINST DEFENDANTS, MASTERCRAFT DEVELOPMENT, LLC
AND MASTERCRAFT SERVICES, INC.**

Plaintiffs, ARI BEN-YISHAY, M.D. ("DR. BEN-YISHAY") and BARBARA BEN-YISHAY ("BEN-YISHAY")(collectively "Plaintiffs"), by and through their undersigned counsel, hereby file this Motion for Entry of Default and Final Default Judgment Against Defendants, MASTERCRAFT DEVELOPMENT, LLC ("MASTERCRAFT") and MASTERCRAFT SERVICES, INC. ("MASTERCRAT SERVICES"), and in support thereof, state as follows:

{KALEXAND/216766.0001/N0778389_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

Case 2:08-cv-14046-KMM   Document 59   Entered on FLSD Docket 08/13/2009   Page 2 of 6

*Ben-Yishay v. Mastercraft Development, LLC, et. al.*
Case No. Case No.: 08-14046-CIV-MOORE/LYNCH
Plaintiffs' Motion for Entry of Default and Final Default Judgment Against Defendants, Mastercraft Development, LLC and Mastercraft Services, Inc.
Page 2

1. On February 5, 2008, the BEN-YISHAYS filed a multi-count Complaint against Defendants, MASTERCRAFT DEVELOPMENT, LLC ("MASTERCRAFT"), MASTERCRAFT SERVICES, INC., ("MASTERCRAFT SERVICES"), WATERLINE DEVELOPMENT, LLC ("WATERLINE"), PERRY LAP ("LAP"), JOSEPH D. GROSSO, JR., P.A. ("GROSSO, P.A.") AND JOSEPH D. GROSSO, JR. ("GROSSO") for various claims. [DE 1]

2. On April 21, 2008, the Court issued an Order compelling the claims filed against Defendants, MASTERCRAFT and MASTERCRAFT SERVICES to arbitration.

3. Pursuant to the Court's April 21, 2008 Order, on or about June 12, 2008, the BEN-YISHAYS filed a Demand for Arbitration and a Nature of Dispute with the American Arbitration Association ("AAA") seeking arbitration resolution of the claims set forth against MASTERCRAFT and MASTERCRAFT SERVICES.

4. On or about July 18, 2008, MASTERCRAFT SERVICES filed a response to the Nature of Dispute. Counsel for MASTERCRAFT, who also represents MASTERCRAFT SERVICES, advised AAA that MASTERCRAFT would not be responding nor participating in the arbitration.

5. Subsequently, the BEN-YISHAYS amended the Nature of Dispute on September 15, 2008 to include additional claims against MASTERCRAFT and MASTERCRAFT SERVICES for Violation of 15 U.S.C. §1703(a)(1)(A) and (B) of the Interstate Land Sales Full Disclosure Act and for fraudulent transfer pursuant to §726.105(1)(a), *Florida Statutes*. Neither MASTERCRAFT nor

{KALEXAND/216766.0001/N0778389_1}

Adorno & Yoss LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

Case 2:08-cv-14046-KMM   Document 59   Entered on FLSD Docket 08/13/2009   Page 3 of 6

*Ben-Yishay v. Mastercraft Development, LLC, et. al.*
Case No. Case No.: 08-14046-CIV-MOORE/LYNCH
Plaintiffs' Motion for Entry of Default and Final Default Judgment Against Defendants, Mastercraft Development, LLC and Mastercraft Services, Inc.
Page 3

MASTERCRAFT SERVICES filed a response to the Amended Nature of Dispute.

6. On November 6, 2008, the BEN-YISHAYS filed a Second Amended Nature of Dispute to include claims against third parties for conspiracy to commit fraud and for fraudulent transfer pursuant to §726.105(1)(a), *Florida Statutes*, which was subsequently amended on February 20, 2009 to plead fraud with specificity pursuant to an Order by the arbitrator. Again, MASTERCRAFT and MASTERCRAFT SERVICES failed to file and serve a response.

7. In addition, MASTERCRAFT and MASTERCRAFT SERVICES failed to adhere to the rules of the AAA. Specifically, pursuant to the rules of the AAA, the BEN-YISHAYS, MASTERCRAFT, MASTERCRAFT SERVICES and NEWFIELDS were required to each pay $3,600.00 towards the "Neutral Compensation Deposit" (arbitrator fees), for a total of $14,400.00. Each party was required to pay their portion of the deposit.

8. However, MASTERCRAFT and MASTERCRAFT SERVICES failed to pay their pro rate portion of the deposit, and as a result thereof, on July 22, 2009 the arbitrator issued an order terminating the arbitration proceedings. [DE 56]

9. MASTERCRAFT and MASTERCRAFT SERVICES unjustifiably disobeyed the Court's April 21, 2008 Order and the AAA's rules, and as a result of their actions, the BEN-YISHAYS seek the entry of default and a default final judgment against MASTERCRAFT and MASTERCRAFT SERVICES for failing to participate in the arbitration, in which they compelled, in accordance with the Court's April 21,

{KALEXAND/216766.0001/N0778389_1}

**Adorno & Yoss LLP**
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

Case 2:08-cv-14046-KMM   Document 59   Entered on FLSD Docket 08/13/2009   Page 4 of 6

*Ben-Yishay v. Mastercraft Development, LLC, et. al.*
Case No. Case No.: 08-14046-CIV-MOORE/LYNCH
Plaintiffs' Motion for Entry of Default and Final Default Judgment Against Defendants, Mastercraft Development, LLC and Mastercraft Services, Inc.
Page 4

2008 Order and with rules of the AAA. *See Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (District court has authority to enter a default judgment for failure to comply with its orders or rules of procedures); *Gulf Coast Fans, Inc. v. Midwest Electronics Importers*, 740 F.2d 1499, 1512 (11th Cir. 1984) ("Failure to appear at duly scheduled trial after months of preparation by parties and by trial court is serious offense for which entry of default is appropriate."); *McGrady v. D'Andrea Electronics, Inc.*, 434 F.3d 1000, 1001 (5th Cir 1970) (Court record provided sufficient evidence of defendant's delay in failing to comply with the court rules to justify entry of default judgment.); *Wilson v. Pyle*, 851 So.2d 779, 780 (2d DCA 2003) ("The purpose of a default judgment is to speed the litigation to conclusion and to prevent a dilatory defendant from impeding the plaintiff's claim. Nonetheless, all doubt should be resolved in favor of allowing trial upon the merits").

10. Counsel for MASTERCRAFT and MASTERCRAFT DEVELOPMENT has no objection to the entry of a default or a final default judgment against the Defendants. *See* [DE 58]

**WHEREFORE**, the BEN-YISHAYS respectfully request the entry of default and a final default judgment against Defendants, MASTERCRAFT and MASTERCRAFT SERVICES in the amount of $995,000.00, plus pre-judgment and post-judgment interest, for the Court to reserve jurisdiction to award attorneys' fees and costs to the BEN-YISHAYS, and grant such other and further relief as this Court deems just and proper.

{KALEXAND/216766.0001/N0778389_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

*Ben-Yishay v. Mastercraft Development, LLC, et. al.*
Case No. Case No.: 08-14046-CIV-MOORE/LYNCH
Plaintiffs' Motion for Entry of Default and Final Default Judgment Against Defendants, Mastercraft Development, LLC and Mastercraft Services, Inc.
Page 5

      Respectfully submitted,

      **ADORNO & YOSS LLP**
      Attorneys for Plaintiffs
      350 E. Las Olas Blvd., Ste. 1700
      Fort Lauderdale, FL 33301
      (954) 743-1200 fax (954) 766-7800

      By: s/Mark R. Osherow_____
      **MARK R. OSHEROW**, FBN: 997013
      mosherow@osherowlaw.com
      **KENYETTA N. ALEXANDER**, FBN: 36815
      kalexander@osherowlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 13, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

## SERVICE LIST

**OSHEROW & ASSOCIATES, P.A.**
Mark R. Osherow, Esq. and Kenyetta N. Alexander, Esq.
*Counsel for Plaintiffs*
Compson Financial Center
980 N. Federal Highway, Suite 301
Boca Raton, FL  33432

**BURMAN, CRITTON, LUTTIER & COLEMAN**
Gregory W. Coleman, Esq.
*Counsel for Defendant, Waterline Development, LLC*
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401

{KALEXAND/216766.0001/N0778389_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

*Ben-Yishay v. Mastercraft Development, LLC, et. al.*
Case No. Case No.: 08-14046-CIV-MOORE/LYNCH
Plaintiffs' Motion for Entry of Default and Final Default Judgment Against Defendants, Mastercraft Development, LLC and Mastercraft Services, Inc.
Page 6

**GENOVESE JOBLOVE & BATTISTA, P.A.**
Bart A. Houston, Esq.
*Counsel for Defendant, Perry Lap, individually*;
*Mastercraft Development, LLC and Mastercraft Services, Inc.*
200 E. Broward Blvd., Ste. 1110
Ft. Lauderdale, FL 33301

**SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.**
Andrew Seiden, Esq.
Wayne M. Adler, Esq.
*Counsel for Defendants, Joseph D. Grosso, Jr., P.A. and*
*Joseph D. Grosso, individually*
2300 Glades Rd., Ste. 340 West
Boca Raton, FL 33431-8534

                By: s/Mark R. Osherow_____
                    **MARK R. OSHEROW**
                    FBN: 997013

{KALEXAND/216766.0001/N0778389_1}

Adorno & Yoss LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800