UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-14046-CIV-MOORE/LYNCH

ARI BEN-YISHAY, M.D., individually
and BARBARA BEN-YISHAY, individually

        Plaintiffs,

v.

MASTERCRAFT DEVELOPMENT, LLC,
et al,

        Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court on Plaintiffs' Motion for Judgment Against Defendant Perry Lap (ECF No. 138). Having reviewed the file, the Motion filed by Plaintiffs and the supporting documents attached thereto, and otherwise being fully advised in the premises, it is hereby ORDERED AND ADJUDGED THAT:

Plaintiffs' Motion for Entry of Final Judgment Against Defendant Perry Lap is GRANTED. Plaintiffs shall be entitled to a judgment against Defendant Perry Lap in the sum of $200,000, plus post-judgment interest at the prevailing Florida interest rate of 6%.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of February, 2011.

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

CC: counsel of record